421321

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 300 South Fourth Street**
**Minneapolis, MN 55415**
**Phone: 612-664-5000**

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-2104 ADM/AJB Case Title: Hoch, et al. vs. MasterCard, et al.

Affidavit of Movant

I, Calvin L. Litsey, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Richard Dannay, an attorney admitted to practice in the United States Distirct Court for the Southern District of New York, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff ( x) defendants MasterCard International Incorporated and McCann-Erickson Worldwide, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 153746 12/20/01
Signature Attorney License # Date

Affidavit of Proposed Admittee

I, Richard Dannay, am currently a member in good standing of the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Richard Dannay [signature] 18 Dec. 2001
Type/Print Signature Date

Attorney License Number: RD-9407 [SDNY]

Law Firm Name & Address:

Cowan, Liebowitz & Latman P.C.
1133 Avenue of the Americas
New York, NY 10036-6799
Telephone: ( 212 ) 790-9200

Motion Granted: [signature] DEC 21 2001
For the Court: United States District Court Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

M2:20427738.01

FILED DEC 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK