**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DAVID HOCH and
JOSEPH MARBLE,

Civil No. 01-2104 ADM/AJB

Plaintiffs,

v.

**PRETRIAL SCHEDULING ORDER**

MASTERCARD INTERNATIONAL INC.,
a Delaware corporation, and McCANN-ERICKSON
USA, INC., a New York corporation,

Defendants.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective December 1, 2001, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery in this matter shall be bifurcated into separate liability and damages phases. Discovery during the first phase shall be limited to liability only. The following schedule shall apply to said first phase.

Discovery Plan

1. Discovery shall be commenced in time to be completed by August 15, 2002.

2. All pre-discovery disclosures required by Rule 26(a)(1) as it may relate to liability, shall be completed on or before February 11, 2002.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

Filed JAN 28 2002
Francis E. Dosal. Clerk
Judgment Entered ________
Deputy Clerk's Initials ________

a. By defendant(s) on or before August 1, 2002.

b. By Plaintiff(s) on or before August 15, 2002.

4. The full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By defendant(s) on or before September 1, 2002.

   b. By Plaintiff(s) on or before September 15, 2002.

5. No more than 30 interrogatories may be served upon any party..

6. No more than 20 factual depositions, excluding expert witness depositions, shall be taken by Plaintiffs (collectively) and no more than 20 factual depositions, excluding expert witness depositions, shall be taken by defendants (collectively).

7. Each side shall take no more than 3 expert depositions. All said depositions shall be completed on or before October 15, 2002.

<u>Dispositive Motions</u>

1. Defendants shall serve its dispositive motion on or before November 15, 2002. Plaintiff's response shall be served on or before December 15, 2002. Defendant's reply shall be served and all dispositive papers filed on or before December 31, 2002.

Following the Court's decision on the dispositive motions, the undersigned shall be contacted by counsel for plaintiff in anticipation of convening a further scheduling conference and the issuance of a scheduling order which will govern the remaining pretrial proceedings.

Dated: 1/28/02

Arthur J. Boylan
United States Magistrate Judge