139770

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-2104 JEL/AJB Case Title: Hoch et al. v. MasterCard et al.

Affidavit of Movant

I, Calvin L. Litsey ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Susan R. Schick , an attorney admitted to practice in the Southern District of New York ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant MasterCard International Inc. and McCann-Erickson USA, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature 153746 MN Attorney License # 6/4/02 Date

Affidavit of Proposed Admittee

I, Susan R. Schick , am currently a member in good standing of the U.S. District Court for Southern District of New York , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Susan R. Schick Type/Print Name Susan R Schick Signature 5/31/02 Date

Attorney License Number: 28-10-661
Law Firm Name & Address: Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036-6799
Telephone: (212) 790-9200

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk

JUN 04 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

JUN 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK