**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

David Hoch, an individual and
Joseph Marble, an individual,

Plaintiffs,

v.

MasterCard International Incorporated,
a Delaware corporation, and McCann-
Erickson USA, Inc., a New York corporation,

Defendants.

Court File No. 01-CV-2014 JEL/JGL

**ORDER**

---

Based on the Stipulation among all parties, this Court orders that certain deadlines listed in the Pretrial Scheduling Order be extended by 30 days, as follows:

- Deadline for completion of expert depositions: **December 15, 2002**
- Deadlines for defendants' dispositive motion shall be as follows:
  a. Defendants' deadline for serving dispositive motion: **January 15, 2003**
  b. Plaintiffs' deadline for serving response: **February 14, 2003**
  c. Defendants' deadline for serving reply: **March 3, 2003**

Dated this 20 day of Nov., 2002.

Jonathon G. Lebedoff
United States Magistrate Judge

NOV
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

20021779.1

ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

David Hoch, an individual and
Joseph Marble, an individual,

Plaintiffs,

v.

MasterCard International Incorporated,
a Delaware corporation, and McCann-
Erickson USA, Inc., a New York corporation,

Defendants.

Court File No. 01-CV-2014 JEL/JGL

**STIPULATION**

---

**WHEREAS**, Plaintiffs David Hoch and Joseph Marble have brought an action against Defendants MasterCard International Incorporated and McCann-Erickson USA, Inc. for alleged copyright infringement and unjust enrichment;

**WHEREAS**, the Court issued a Pretrial Scheduling Order dated January 28, 2002, which set certain deadlines in this action, as well as an Order dated August 1, 2002, which modified certain deadlines;

**WHEREAS**, the parties have worked diligently to meet the deadlines and have met most of the deadlines; however, given various scheduling issues related to expert witness discovery it will be difficult for the parties to meet the last four of the Court's deadlines;

**WHEREAS**, the parties to this action agree that all deadlines set forth in the Court's Pretrial Scheduling Order that have not yet passed should be extended by approximately 3 weeks;

**THE PARTIES HEREBY STIPULATE AND AGREE** that the Court should modify the Pretrial Scheduling Order by adopting the following deadlines:

- Deadline for completion of expert depositions: **December 15, 2002**
- Deadlines for defendants' dispositive motion shall be as follows:
  a. Defendants' deadline for serving dispositive motion: **January 15, 2003**
  b. Plaintiffs' deadline for serving response: **February 14, 2003**
  c. Defendants' deadline for serving reply: **March 3, 2003**

**THE PARTIES FURTHER STIPULATE AND AGREE** that the Court may enter the attached Order.

Dated: Nov. 18, 2002.

**FAEGRE & BENSON LLP**

______________________________
Calvin L. Litsey (#153746)
Michelle Panninopolous (#312411)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

– and –

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard Dannay
Susan Schick
1133 Avenue of the Americas
New York, NY 10036-6799
(212) 790-9200

**ATTORNEYS FOR DEFENDANTS MASTERCARD INTERNATIONAL AND MCCANN-ERICKSON USA INC.**

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Dated: 15 Nov., 2002 .

Ronald J. Schutz (#130849)
Rita Coyle DeMeules (#191644)
Ken R. Hall (#247017)
Carrie M. Smith (#0314067)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFFS**
**DAVID HOCH AND JOSEPH MARBLE**