ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DAVID HOCH, an individual, and JOSEPH MARBLE, an individual,

Plaintiffs,

v.

MASTERCARD INTERNATIONAL INCORPORATED, a Delaware corporation, and McCANN-ERICKSON USA, INC., a New York corporation,

Defendants.

2104
No. 01-CV-~~2014~~ JEL/JGL

**ORDER**

Based on the Stipulation among all parties, IT IS ORDERED THAT certain deadlines listed in the Pretrial Scheduling Order be extended as follows:

Deadlines for defendants' dispositive motion shall be as follows:

1. Defendants' deadline for serving dispositive motion: **January 21, 2003**
2. Plaintiffs' deadline for serving response: **February 20, 2003**
3. Defendants' deadline for serving reply: **March 10, 2003**

SO ORDERED.

Dated: Jan. 7, 2003

Magistrate Judge Jonathan G. Lebedoff

FILED JAN 7 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK