**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DAVID HOCH, an individual, and
JOSEPH MARBLE, an individual,

Plaintiffs,

v.

MASTERCARD INTERNATIONAL INCORPORATED, a Delaware corporation, and McCANN-ERICKSON USA, INC., a New York corporation,

Defendants.

No. 01-CV-~~2014~~ 2104 JEL/JGL

**ORDER**

The foregoing Stipulation is hereby approved and IT IS ORDERED THAT the name of defendant McCann-Erickson in the above action shall be McCANN-ERICKSON USA, INC. and that the case caption shall be amended accordingly.

Dated: March 10, 2002

Joan Ericksen Lancaster
United States District Judge



FILED MAR 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______