# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

David Hoch, an individual and
Joseph Marble, an individual,

Plaintiffs,

v.

MasterCard International Incorporated, a Delaware corporation, and McCann-Erickson USA, Inc., a New York corporation,

Defendants.

Court File No. 01-CV-~~2014~~ 2104 JEL/JGL

**ORDER**

Based on the Stipulation among all parties, this Court orders that certain deadlines listed in the Pretrial Scheduling Order be extended by 30 days, as follows:

- Discovery shall be commenced in time to be completed by **September 16, 2002**
- Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:
  - a. By defendants on or before **September 3, 2002**
  - b. By plaintiffs on or before **September 16, 2002**
- The full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:
  - a. By defendants on or before **October 1, 2002**
  - b. By plaintiffs on or before **October 15, 2002**
- Deadline for completion of expert depositions: **November 15, 2002**
- Deadlines for defendants' dispositive motion shall be as follows:
  - a. Defendants' deadline for serving dispositive motion: **December 16, 2002**
  - b. Plaintiffs' deadline for serving response: **January 15, 2003**
  - c. Defendants' deadline for serving reply: **January 31, 2003**

Dated this 1 day of August, 2002.

Jonathon G. Lebedoff
United States Magistrate Judge

FILED AUG 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

20009706.1