AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

David Hoch & Joseph Marble,

V.

MasterCard International Incorporated
and McCann-Erickson USA, Inc.,

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-2104 JNE/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants' motion for summary judgment is granted.

September 19, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Julie Rustad, Deputy Clerk

58