**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DAVID HOCH, an individual, and
JOSEPH MARBLE, an individual,

Plaintiffs,

v.

MASTERCARD INTERNATIONAL INCORPORATED, a Delaware corporation and MCCANN-ERICKSON USA, INC., a New York corporation,

Defendants.

Case No. 01-CV-2104 JNE/JGL

**STIPULATION AND ORDER OF DISMISSAL**

**WHEREAS**, the Court on September 19, 2003 granted the Motion for Summary Judgment of Defendants Mastercard International, Inc. and McCann-Erickson Worldwide, Inc., and entered judgment dismissing all claims in the above-captioned matter;

**WHEREAS**, Defendants on October 3, 2003 filed a Notice of Intent to Claim an Award of Attorney's Fees;

**WHEREAS**, Plaintiffs David Hoch and Joseph Marble on October 16, 2003 filed a Notice of Appeal to the Eighth Circuit of the Court's September 19, 2003 Order;

**WHEREAS**, Plaintiffs' appeal has not been docketed by the circuit clerk;

**WHEREAS**, the parties desire to dismiss with prejudice the pending appeal and the pending Notice of Intent to Claim an Award of Attorney's Fees.

**IT IS HEREBY STIPULATED** by and between the parties, by their undersigned counsel:

1. That Defendants withdraw their Notice of Intent to Claim an Award of Attorney's Fees.

FILED NOV - 7 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS

2. That pursuant to Fed. R. App. P. 42(a), the Court may dismiss with prejudice Plaintiffs' appeal.

3. That each party shall bear its own costs and attorneys' fees.

4. That the Court may enter an Order, pursuant to this Stipulation, without further notice to the parties.

Dated: November 5, 2003

Calvin L. Litsey (#153746)
Kenneth A. Liebman (#236731)
Michelle A. Paninopoulos (#312411)
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

- AND -

Richard Dannay (pro hac vice)
Susan R. Schick (pro hac vice)
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200

**Attorneys for Defendants Mastercard International and McCann-Erickson USA, Inc.**

Ronald J. Schutz (#130849)
Rita Coyle DeMeules (#191644)
Ken R. Hall (#247017)
Carrie M. Smith (#0314067)
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

**Attorneys for Plaintiffs David Hoch and Joseph Marble**

# ORDER

The foregoing Stipulation is hereby approved and **IT IS ORDERED THAT**:

1. Defendants' Notice of Intent to Claim an Award of Attorney's Fees is hereby withdrawn.
2. Plaintiffs' appeal is hereby dismissed with prejudice.
3. Each party shall bear its own costs and attorneys' fees.

November 6, 2003

JOAN N. ERICKSEN
United States District Judge

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.